UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SUSAN ROMERO,<br><br>             Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br><br>             Defendant.<br>_____ / | No. C 13-2471 MEJ<br><br>**ORDER RE: MOTION FOR RELIEF FROM ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On June 24, 2013, the Court denied Plaintiff Susan Romero's Application to Proceed In Forma Pauperis and ordered her to pay a $100.00 partial filing fee by July 22, 2013. Now pending before the Court is Ms. Romero's Motion for Relief from Order Denying Application to Proceed In Forma Pauperis, filed July 30, 2013, after the payment deadline. Dkt. No. 7. In her Motion, Ms. Romero states that her medical and financial condition has deteriorated since filing her application. In an accompanying declaration, she explains that she has recently had multiple doctors and hospital visits and missed worked. Dkt. No. 7-1. Ms. Romero states that she "simply does not have the money available to make even the reduced filing fee." *Id.* Although Ms. Romero does not provide any updated documentation in support of her request, the Court finds good cause exists to permit additional time to pay the partial filing fee. Accordingly, the Court hereby EXTENDS the deadline by which Ms. Romero must pay the $100.00 partial filing fee to September 30, 2013.

**IT IS SO ORDERED.**

Dated: July 31, 2013

_____
Maria-Elena James
United States Magistrate Judge