UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN ROMERO, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security <br><br> Defendant. | Case No. C 13-02471 MEJ <br><br> [PROPOSED] ORDER RE: MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Plaintiff's administrative motion to continue the Initial Case Management Conference in this Action is GRANTED. The new Initial Case Management Date shall be:

November 14, 2013 at 10:00 a.m. A joint case management statement shall be filed no later than November 7, 2013.
All related deadlines shall also be continued accordingly.

Dated: August 21, 2013

By: _____
Marina-Elena James
United States Magistrate Judge